```
MIME-Version:1.0
From:neb_bkecf@neb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc: Jerry.L.Jensen@usdoj.gov, brian.koenig@koleyjessen.com, brianjkoenig@gmail.com, teri.gibbons@
Message-Id:<5070359@neb.uscourts.gov>
Subject:Ch-11 10-40875-TLS AFY, INC. and Sears Cattle Co. Order on Motion to Compel
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Nebraska

Notice of Electronic Filing

The following transaction was received from drs entered on 5/28/2010 at 2:34 PM CDT and filed on 5/28/2010

**Case Name:**  AFY, INC. and Sears Cattle Co.
**Case Number:**  10-40875-TLS
**Document Number:** 145

**Docket Text:**
Order Granting Motion To Compel Robert A. Sears and Sears Cattle Co. to Implement Court Order No1 114 Selling Property Filed by Trustee Joseph H. Badam (Related Doc # [124]). For the reasons state on the record at the hearing on May 28, 2010, in adversary proceeding Badami v. Sears Cattle Co. et al; A10-4049; the Motion to Compel Robert A. Sears and Sears Cattle Co. to Implement Court Order No. 114 Selling Property (Fil. #124) is granted. HEREBY ORDERED by Judge Thomas L. Saladino. (Text only order) (drs)

The following document(s) are associated with this transaction:


**10-40875-TLS Notice will be electronically mailed to:**

Joseph H. Badami
jbadami@woodsaitken.com, ne06@ecfcbis.com

Joseph H. Badami on behalf of Trustee Joseph Badami
jbadami@woodsaitken.com

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

Jeffrey P. Galyen on behalf of Creditor TARPP, P.C. dba Waldo Realty
jeff@krotterhoffman.com, efiling@krotterhoffman.com

Richard P. Garden on behalf of Interested Party Ryan Ortner
rgarden@clinewilliams.com, dhilger@clinewilliams.com

Jerry L. Jensen on behalf of U.S. Trustee Patricia Fahey
Jerry.L.Jensen@usdoj.gov

Brian J. Koenig on behalf of Creditor Rhett R. Sears Revocable Trust
brian.koenig@koleyjessen.com, brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com

Joel G. Lonowski on behalf of Creditor Kelly Boettcher
jlonowski@morrowpoppelaw.com

Stephen D. Mossman on behalf of Creditor Settje Agri-Services and Engineering, Inc.
sdm@mattsonricketts.com, cdb@mattsonricketts.com;krh@mattsonricketts.com

Richard D. Myers on behalf of Creditor Commercial National Bank of Ainsworth
rdm@mgwl.com

James Overcash on behalf of Plaintiff Joseph Badami
jovercash@woodsaitken.com, dstangl@woodsaitken.com

Frank M. Schepers on behalf of Creditor Kelli Dunn
fschepers@ldmlaw.com, virginia@ldmlaw.com

Jerrold L. Strasheim on behalf of Debtor AFY, INC.
jls@strasheimlaw.com

Donald L. Swanson on behalf of Creditor Rhett R. Sears Revocable Trust
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Brandon R. Tomjack on behalf of Creditor Farm Credit Services Of America
btomjack@bairdholm.com, lzeno@bairdholm.com

Russell A. Westerhold on behalf of Creditor Rolling Stone Land & Cattle, L.L.C.
rwesterhold@fraserstryker.com, ecf-bankruptcy@fraserstryker.com;ecf-bankruptcy@fslf.com

Michael J. Whaley on behalf of Creditor Deere & Company
mwhaley@grosswelch.com

T. Randall Wright on behalf of Creditor Farm Credit Services Of America
rwright@bairdholm.com, jsvoboda@bairdholm.com;ecf-bankruptcy@bairdholm.com

**10-40875-TLS Notice will not be electronically mailed to:**

Laura Lawrence
Strain, Slattery, Barkley & Co.
7130 S. 29th St.
Ste. F
Lincoln, NE 68516