IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT A. SEARS AND SEARS CATTLE COMPANY, | ) ) ) | 8:10CV214 |
| Appellants, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| JOSEPH H. BADAMI, Chapter 11 Trustee, | ) ) ) | |
| Appellee. | ) ) | |

    IT IS ORDERED that filing 15, the appellants' motion for reconsideration of the court's memorandum and order entered on June 3, 2010 (filing 13), and for rehearing of the appellants' motion for stay pending appeal (filing 7), is denied.

June 24, 2010.                          BY THE COURT:

                                            *Richard G. Kopf*
                                      United States District Judge