IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT A. SEARS AND SEARS CATTLE COMPANY, | ) ) ) | 8:10CV214 |
| Appellants, | ) ) | ORDER |
| v. | ) ) | |
| JOSEPH H. BADAMI, Chapter 11 Trustee, | ) ) ) | |
| Appellee. | ) ) ) | |

IT IS ORDERED that filing 20, the appellants' motion for enlargement of time, is granted, as follows:

The appellants shall have until July 27, 2010, to respond to the appellee's motion to dismiss (filing 18).

June 25, 2010.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge