IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT A. SEARS and SEARS CATTLE COMPANY, | ) ) ) | 8:10CV214 |
| Appellants, | ) ) | |
| v. | ) ) | ORDER |
| JOSEPH H. BADAMI, Chapter 11 Trustee, | ) ) ) | |
| Appellee. | ) ) ) | |
| IN RE AFY, INC., | ) ) ) | Bankruptcy Case No. 10-40875 |
| Debtor. | ) ) | |

IT IS ORDERED that Appellee's motion for an enlargement of time (filing 47) is granted, as follows:

The briefing schedule established by the court's memorandum and order entered on September 15, 2010 (filing 39) is modified to provide that Appellee shall have until November 3, 2010, to file a brief in opposition to Appellant's third notice of appeal (filing 38).

October 20, 2010.                              BY THE COURT:

                                               *Richard G. Kopf*
                                               United States District Judge