IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: AFY, INC., Debtor ) | |
| ) | Case No. 8:10-cv-00214-RGK |
| ) | |
| ROBERT A. SEARS and SEARS CATTLE ) | |
| COMPANY, ) | |
| Appellants, ) | **ORDER GRANTING LEAVE TO FILE** |
| v. ) | **SURREPLY BRIEF** |
| ) | |
| JOSEPH H. BADAMI, TRUSTEE, ) | |
| Appellee. ) | |

 Appellee Joseph H. Badami, Trustee, has moved the Court for leave to submit a surreply brief in response to the Appellants' reply brief on the appeal of the Bankruptcy Court's order converting this case to one under Chapter 7 of the Bankruptcy Code. (Docket no. 58.)

 WHEREFORE, IT IS HEREBY ORDERED that the Trustee's motion is GRANTED. IT IS FURTHER ORDERED that the Trustee may submit his surreply brief on or before Monday, November 22, 2010.

 Dated this 19th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Court Judge
