IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT A. SEARS and KORLEY SEARS, ) <br> ) <br> Appellants, ) <br> ) <br> v. ) <br> ) <br> JOSEPH H. BADAMI, TRUSTEE, ) <br> ) <br> Appellee. ) | Case No. 8:10-cv-00214-RGK <br><br> **ORDER GRANTING LEAVE TO FILE SURREPLY** |

Appellee Joseph H. Badami, Trustee, has moved the Court for leave to submit a surreply in response to the Appellants' reply brief in opposition to the show cause order.  (Dist. Ct. filing 70.)

WHEREFORE, IT IS HEREBY ORDERED that the Trustee's motion is GRANTED and that the Trustee may submit his surreply on or before Tuesday, April 5, 2011.

Dated this 5th day of April, 2011.

*Richard G. Kopf*
United States District Court Judge

393039